IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VINCENT A. LOWE,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-742-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that petitioner Vincent A. Lowe's motion for post conviction relief 28 U.S.C. § 2255 is DENIED.

_____  _____
Peter Oppeneer, Clerk of Court      2/21/12
                                        Date